

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00603-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**DHL EXPRESS (USA), INC.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02683
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On September 19, 2022, appellant filed an unopposed motion to extend the time to file its notice of appeal. We GRANT appellant's motion and deem appellant's notice of appeal timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court